UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIS MIRANDA,

                        Plaintiff,

       -against-                          25-CV-7153 (LTS)

ANITRA IVEY,                         ORDER OF DISMISSAL

                        Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      On September 5, 2025, the Court received a motion from Plaintiff asking to withdraw this action. (ECF 5.) The Court grants Plaintiff's motion. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).[1]

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   September 10, 2025
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                Chief United States District Judge

---

[1] A voluntary dismissal under Fed. R. Civ. P. 41(a) is without prejudice. "But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits." Fed. R. Civ. P. 41(a)(1)(B).